812

No. 93–1852.   OWENS ET AL. *v.* HEWELL ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 93–1854.   KABEALO *v.* HUNTINGTON NATIONAL BANK. C. A. 6th Cir.   Certiorari denied.

No. 93–1855.   KORMAN, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 93–1860.   AUSTEX, LTD. *v.* TEXAS ET AL.; MUNDAY ENTERPRISES *v.* TEXAS ET AL.; EDWARDS, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF EDWARDS, ET AL. *v.* TEXAS ET AL.; ALLEN ET AL. *v.* TEXAS ET AL.; and CENTENNIAL MORTGAGE CORP. *v.* TEXAS ET AL.   Sup. Ct. Tex.   Certiorari denied.

No. 93–1863.   MARKOFF *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 93–1865.   JENKINS *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 93–1866.   REDNER *v.* HENDERSON, SHERIFF OF HILLSBOROUGH COUNTY, FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 93–1867.   MARTIN COUNTY, FLORIDA *v.* WOUTERS ET AL. C. A. 11th Cir.   Certiorari denied.

No. 93–1869.   JENNINGS WATER, INC. *v.* CSL UTILITIES, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 93–1872.   CAMACHO *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 93–1873.   LONG *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 8th Cir.   Certiorari denied.